SHORE BRIDGE CORPORATION, Appellant, *v.* CITY OF HORNELL, Respondent.

Argued January 20, 1943; decided March 4, 1943.

*William F. Conway* for appellant.
*Albert E. Hollis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch J., LOUGHRAN, FINCH, RIPPEY, LEWIS, and DESMOND, JJ. CONWAY, J., dissents and votes to grant a new trial.